IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

OWEN R. PETERSON,

                    Plaintiff,                      ORDER

     v.                                          09-cv-0056-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

---

On August 11, 2009, I determined that plaintiff was proceeding *pro se* and entered a briefing schedule. Plaintiff's brief in support of his challenge to the commissioner's decision was to be filed on September 14, 2009. Plaintiff has failed to submit his brief. Before dismissing plaintiff's action for his failure to prosecute, I will give him another opportunity to submit his brief in support. If plaintiff fails to submit his brief by October 14, 2009, this action will be dismissed for his failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff may have until October 14, 2009, to submit a brief in support of his claim that he is entitled to receive disability benefits. The commissioner's brief in response is due November 16, 2009. Plaintiff's reply brief is due November 30, 2009. Plaintiff's failure to submit a brief in support of his claim will result in dismissal of

this action for failure to prosecute.

Entered this 21st day of September, 2009.

                          BY THE COURT:

                          /s/

                          _____
                          BARBARA B. CRABB
                          District Judge