IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OWEN R. PETERSON,

                Plaintiff,                        ORDER

     v.                                             09-cv-0056-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

On September 21, 2009, I gave plaintiff a final opportunity to submit his brief in support in this case. I told him if he failed to submit his brief by October 14, 2009, this action would be dismissed for his failure to prosecute it. Because plaintiff has not submitted his brief, I am dismissing this case for failure to prosecute.

ORDER

IT IS ORDERED that Owen R. Peterson's appeal of the denial of social security benefits is DISMISSED for his failure to prosecute.

Entered this 19th day of October, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge